IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**OSCAR CASTANEDA LOPEZ,**

    *Petitioner*,

v.                                                                 Case No.: 4:24cv337-MW/MJF

**RICKY DIXON,**

    *Respondent*.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Petitioner's objections, ECF No. 25. Petitioner argues that equitable tolling should apply in this case, but he has not demonstrated extraordinary circumstances beyond his control that prevented him from filing a timely habeas petition. Likewise, Petitioner has not met the exceedingly narrow actual innocence exception.

   Accordingly,

   **IT IS ORDERED**:

The report and recommendation, ECF No. 22, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. Respondent's motion to dismiss, ECF No. 19, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's

habeas petition is **DISMISSED with prejudice** as time-barred." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 22, 2025.**

s/Mark E. Walker<br>
**United States District Judge**